United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEE REYNOLDS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No. 13-cv-02074-JST<br><br>**ORDER TO ISSUE SUMMONS AND SERVE COMPLAINT**<br><br>Re: ECF No. 9 |

    The Court granted Reynolds' motion to proceed in forma pauperis. ECF No. 9. Accordingly, the Clerk shall issue summons and the United States Marshal shall serve a copy of the complaint and this order on Defendant.

    **IT IS SO ORDERED**.

Dated: July 12, 2013

_____
JON S. TIGAR
United States District Judge