1  MELINDA L. HAAG, CSBN 132612
United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
3  Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone: (415) 977-8985
        Facsimile: (415) 744-0134
7       E-mail: Michael.Marriott@ssa.gov
8
Attorneys for Defendant
9
10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12
DONALD LEE REYNOLDS,          )       CIVIL NO. 3:13-cv-02074-JST
13                            )
                Plaintiff,    )
14  v.                        )       **STIPULATION FOR EXTENSION OF**
                              )       **TIME AND PROPOSED ORDER**
15  CAROLYN W. COLVIN,        )
16  Acting Commissioner of    )
Social Security,              )
17                            )
                Defendant.    )
18 _____)
19

20        The parties hereby stipulate by counsel, with the Court's approval as indicated by

21  issuance of the attached Order, that Defendant shall have an extension of time of 30 days to

22  respond to Plaintiff's Motion to Remand up to and including February 10, 2014.  The response is

23  currently due January 10, 2014.  This extension is being sought because of workload issues,

24  including the unavoidable transfer of assignments and a high volume of other disability matters

25  in federal district court.

26        The parties also stipulate that the scheduling order shall be modified accordingly.

27  //

28

                        1 – Stipulation and Order Extending Def's Time

Respectfully submitted,

Dated: January 10, 2014

*/s/ Robert Chipley Weems\**
ROBERT CHIPLEY WEEMS
(*as authorized by email)
Attorney for Plaintiff

Dated: January 10, 2014

MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:     */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: January 10, 2014

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

2 – Stipulation and Order Extending Def's Time