MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 415-977-8985
    Facsimile: 415-744-0134
    E-mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEE REYNOLDS, | ) |
| | ) No.: 3:13-cv-02074-JST |
| Plaintiff, | ) |
| | ) |
| vs. | ) **[PROPOSED]** |
| | ) **ORDER REOPENING CASE** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |
| | ) |

    It is hereby ordered that the stipulation of the parties to reopen this case is approved.

Defendant shall file her supplemental certified administrative record within 7 days of this order.

    IT IS HEREBY ORDERED that this case is reopened.

Dated: March 24, 2015

IT IS SO ORDERED
Judge Jon S. Tigar