UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEE REYNOLDS,<br>  Plaintiff,<br>  v.<br>CAROLYN W. COLVIN,<br>  Defendant. | Case No.  13-cv-02074-JST<br><br>**PROCEDURAL ORDER** |

The above action seeks review of a decision by the Secretary of Health and Human Services denying plaintiff Social Security payments.  The parties are reminded that the Court's jurisdiction is limited to reviewing the administrative record to determine whether the decision is supported by substantial evidence in the record, and whether the Secretary complied with the requirements of the Constitution and the Social Security Act and administrative regulations in reaching the decision reviewed.  42 U.S.C. § 405(g).

On February 24, 2014, the Court granted Plaintiff's motion to remand the action for further administrative proceedings under 42 U.S.C. § 405(g).  ECF No. 36.  On March 24, 2015, the Court approved the parties' stipulation to reopen the case, and Defendant filed her supplemental certified administrative record.  ECF Nos. 41, 42.

Pursuant to Civil Local Rule 16-5, it is hereby ordered:

1. Plaintiff shall serve and file a motion for summary judgment or for remand within 28 days of the date of this order.

2. Defendant shall serve and file any opposition or counter-motion within 28 days of service of plaintiff's motion.

3. Plaintiff may serve and file a reply within 14 days of service of defendant's opposition or counter-motion.

1        4. Unless the Court orders otherwise, upon conclusion of this briefing schedule, the matter

2  will be deemed submitted for decision without oral argument.

3        IT IS SO ORDERED.

4  Dated: April 28, 2015



                                            JON S. TIGAR
                                United States District Judge