Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
rcweems@weemslawoffices.com

Attorneys for

Donald Lee Reynolds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD LEE REYNOLDS, | ) | CIVIL NO. 3:13-cv-02074-JST |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION FOR EXTENSION OF** |
| | ) | **TIME AND PROPOSED ORDER** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
|_____| ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Reynolds shall have an extension of time of 30 days to respond to Defendant's Cross-Motion for Summary Judgment up to and including August 9, 2015. The response is currently due July 10, 2015. This extension is being sought because of workload issues, including the unavoidable transfer of assignments and a high volume of other disability matters in federal district court.

The parties also stipulate that the scheduling order shall be modified accordingly.

//

Respectfully submitted,

1 – Stipulation and Order Extending Plt's Time

Dated: July 13, 2015          /s/ Robert Chipley Weems*
                              ROBERT CHIPLEY WEEMS
                              Attorney for Plaintiff


Dated: July 13, 2015          MELINDA L. HAAG
                              United States Attorney
                              DONNA L. CALVERT
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                        By:   /s/ Michael K. Marriott
                              MICHAEL K. MARRIOTT
                              (*as authorized by email)
                              Special Assistant U.S. Attorney
                              Attorneys for Defendant


**ORDER**

          APPROVED AND SO ORDERED.

DATED:  __July 14, 2015_____          _____

IT IS SO ORDERED

Judge Jon S. Tigar

2 – Stipulation and Order Extending Plt's Time